IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NURSERY DECALS AND MORE, INC., *Plaintiff*, v. NEAT PRINT, INC., *Defendant.* | Case No. 3:19-cv-02606 <br><br> JURY TRIAL DEMANDED |

PROPOSED SCHEDULING ORDER

| | |
|---|---|
| January 18, 2021 | **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES** <br> Party requesting joinder will furnish a copy of this scheduling order to new parties. |
| March 15, 2021 | **EXPERTS** <br> Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). |
| April 13, 2021 | Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). |
| May 29, 2021 | **DISCOVERY** <br> Counsel may, by agreement continue discovery beyond the deadline.  No continuance will be granted because of information acquired in post-deadline discovery. |
| June 15, 2021 | **MOTIONS DEADLINE** <br> Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date).  The motion deadline may <u>not</u> be changed by agreement. |

| To be determined by the Court. | **JOINT PRETRIAL ORDER** THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date.  (Where available, Defendant should supply Plaintiff with an electronic copy.) |
|---|---|
| To be determined by the Court. | THE PLAINTIFF is responsible for filing the pretrial order by this date.  All Motions in Limine must also be filed by this date. |
| To be determined by the Court. | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 8C. |
| August 10, 2021 | **TRIAL** |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on _____, at Dallas, Texas.

_____
UNITED STATES DISTRICT JUDGE