**ORIGINAL**

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 JUN -2  AM 9:10

DEPUTY CLERK_____

| | | |
|---|---|---|
| NURSERY DECALS AND MORE, INC., | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-02606 |
| | § | |
| NEAT PRINT, INC., | § | |
| | § | |
| Defendant(s). | § | |

## AFFIDAVIT OF SERVICE

Came to my hand on **Tuesday, May 18, 2021 at 3:30 PM**,
Executed at: **124 WEST CAPITOL AVENUE, SUITE 1900, LITTLE ROCK, AR 72201**
within the county of **PULASKI** at 12:11 PM, on **Thursday, May 20, 2021**,
by individually and personally delivering to the within named:

**WALMART**

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**, by delivering to its **Authorized Agent, SARI MILLER**, a true copy of this

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with APPENDIX A**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **TIM SIBERT** who after being duly sworn on oath states: "My name is **TIM SIBERT**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Arkansas. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
**TIM SIBERT-PROCESS SERVER**

Subscribed and Sworn to by TIM SIBERT, Before Me, the undersigned authority, on this ____ day of May, 2021.

_____
Notary Public in and for the State of Arkansas

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Nursery Decals and More, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:19-cv-02606 |
| | ) | |
| Neat Print, Inc. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Walmart, 702 S.W. Eighth St., Bentonville, AR 72716

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Appendix A.

| Place: Klemchuk, LLP<br>8150 N. Central Expressway, 10th Floor<br>Dallas, TX 75206 | Date and Time:<br>06/08/2021 12:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/18/2021

*CLERK OF COURT*

OR

_____          /s/ Mandi M. Phillips
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff, Nursery Decals, Inc. , who issues or requests this subpoena, are:

Mandi M. Phillips, 8150 N. Central Expy, 10th Floor, Dallas, TX 75206, mandi.philllips@klemchuk.com, (214) 367-6000

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:19-cv-02606

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*
on *(date)*            .

☐ I served the subpoena by delivering a copy to the named person as follows:

on *(date)*            ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$            .

My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:            

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.: