IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NURSERY DECALS AND MORE, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>NEAT PRINT, INC.,<br><br>*Defendant*. | Case No. 3:19-cv-02606<br><br><br>JURY TRIAL DEMANDED |

## ORDER

This Cause came before the Court on the Joint Stipulation Regarding Discovery and Joint Status Report Pursuant to D.E. 31 (the "Stipulation") [D.E. 32]. The Court is of the opinion that the Stipulation should be and hereby is accepted. It is, therefore, Ordered as follows:

1. Defendant shall supplement its discovery responses and produce documents as set forth in the Stipulation.

2. Plaintiff shall supplement its response to Interrogatory No. 1 and produce third-party documents as set for in the Stipulation.

3. The discovery deadline is extended to July 16, 2021 and depositions shall occur the week of July 12, 2021.

SO ORDERED this 18th day of June, 2021.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE